1
2
3
4
5             UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
6                        AT TACOMA

7  DENNIS FLORER,

8              Plaintiff,

9       v.

10 DEVON SCHRUM, BRANDY JONES,
   CARLA SCHETTLER, ALAN
11 WALTER, RICH MOSS, STEVE          NO. C11-5135 BHS/KLS
   SUNDBERG, RON KNIGHT, CHRIS
12 BOWMAN, STEVE SICLAIRE,           ORDER GRANTING MOTION TO
   STEVE BARKER, ALAN KUNZ,          AMEND
13 JOHN CAMPBELL, WILL PAUL, S.
   SUKERT, KURT GRUBB, CANDICE
14 GERMOAU, JULIE SMITH, SANDY
   DIIMMEL, AL MOSLEY, MILES
15 LAWSON, RON FRAKER, JOHN
   OYEN, DREW WALTMAN, GARY
16 PIERCE, MARK KUCZA, DON
   HOLLBROOK, GERMAINE BENSON,
17 LINDA BELANGER, and ELDON
   VAIL,
18
19             Defendants.

20     Before the Court is Plaintiff's "X Parte Motion to Amend Complaint as a Matter of
21
   Course." ECF No. 39. Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 15(a),
22
   "[a] party may amend the party's pleading once as a matter of course at any time before a
23
24 responsive pleading is served." Otherwise, the party "may amend the party's pleading only by

25 leave of court or by written consent of the adverse party." *Id.* Leave to amend "shall be freely

26

ORDER                                                                                    1

1 given when justice so requires," and "this policy is to be applied with extreme liberality." *Id.*; *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990).

After Plaintiff filed his motion on April 22, 2011, Defendants filed their Answer to the Complaint. ECF No. 41.

Accordingly, it is **ORDERED:**

(1) Plaintiff's Motion to Amend (ECF No. 39) is **GRANTED.**

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 9th day of May, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER 2