UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

    Plaintiff,

v.

DEVON SCHRUM, et al.,

    Defendants.

Case No. C11-5135BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 62) and Plaintiff Dennis Florer's ("Florer") response to the R&R (Dkt. 63).

On July 19, 2011, Judge Strombom issued the R&R recommending that the Court deny Florer's motion for a preliminary injunction. Dkt. 62 at 4. On July 27, 2011, Florer responded and requested that his motion be withdrawn. Dkt. 63.

The Court having considered the R&R, Florer's response, and the remaining record, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Florer's motion for preliminary injunction (Dkt. 51) is **DENIED as moot**.

DATED this 2nd day of November, 2011

BENJAMIN H. SETTLE
United States District Judge

ORDER