UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

                Plaintiff,

  v.

DEVON SCHRUM, BRANDY JONES, CARLA SCHETTLER, ALAN WALTER, RICH MOSS, STEVE SUNDBERG, RON KNIGHT, CHRIS BOWMAN, STEVE SICLAIRE, STEVE BARKER, ALAN KUNZ, JOHN CAMPBELL, WILL PAUL, S. SUKERT, KURT GRUBB, CANDICE GERMOAU, JULIE SMITH, SANDY DIIMMEL, AL MOSLEY, MILES LAWSON, RON FRAKER, JOHN OYEN, DREW WALTMAN, GARY PIERCE, MARK KUCZA, DON HOLLBROOK, GERMAINE BENSON, LINDA BELANGER, ELDON VAIL, LAURA WYCKOFF-MEYER, GUSTAVE MEZA, ALAN ROOKSTOOL, EDUARDO MICHEL, (FNU) DANIEL, LORI SCAMAHORN, and JOHN DOES 1-2,

                Defendants.

No. C11-5135 BHS/KLS

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff's Motion for Extension of Time. ECF No. 67. Plaintiff requests an extension of the discovery deadline within which to confer with opposing counsel, write the motion, and obtain photocopies. *Id.* Defendants filed no opposition to the motion.

ORDER- 1

Plaintiff filed three motions to compel discovery on January 26, 2012.  ECF Nos. 70, 71, and 72.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for an extension of the discovery deadline (ECF No. 67) is **GRANTED;** the deadline is extended from January 1, 2012 to January 26, 2012.

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  13th  day of February, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2