UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>                  Plaintiff,<br><br>  v.<br><br>DEVON SCHRUM, BRANDY JONES, CARLA SCHETTLER, ALAN WALTER, RICH MOSS, STEVE SUNDBERG, RON KNIGHT, CHRIS BOWMAN, STEVE SICLAIRE, STEVE BARKER, ALAN KUNZ, JOHN CAMPBELL, WILL PAUL, S. SUKERT, KURT GRUBB, CANDICE GERMOAU, JULIE SMITH, SANDY DIIMMEL, AL MOSLEY, MILES LAWSON, RON FRAKER, JOHN OYEN, DREW WALTMAN, GARY PIERCE, MARK KUCZA, DON HOLLBROOK, GERMAINE BENSON, LINDA BELANGER, ELDON VAIL, LAURA WYCKOFF-MEYER, GUSTAVE MEZA, ALAN ROOKSTOOL, EDUARDO MICHEL, (FNU) DANIEL, LORI SCAMAHORN, and JOHN DOES 1-2,<br><br>                  Defendants. | No. C11-5135 BHS/KLS<br><br>ORDER GRANTING LEAVE TO AMEND COMPLAINT |

Before the Court is Plaintiff's Motion for Leave to Amend Complaint. ECF No. 66. Plaintiff seeks leave to amend his Amended Complaint (ECF No. 44) to add Eric Jackson as a Defendant. Plaintiff states that he has learned through discovery that Mr. Jackson, a correctional specialist, was involved with Devon Schrum in the decision to deny the WCC recommendation to promote Plaintiff to a medium custody facility. Plaintiff alleges that this act was retaliatory and that he was deprived of due process when he was sent to WSP. ECF No. 44, pp. 7-8.

ORDER- 1

Defendants have filed no opposition to Plaintiff's motion for leave to amend his amended complaint.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for leave to amend (ECF No. 66) is **GRANTED; the amendment shall be limited to the addition of Devon Shrum as stated in Plaintiff's motion.** Plaintiff may submit his First Amended Complaint **on or before March 16, 2012.** Plaintiff shall also submit a service copy and service address for service of the First Amended Complaint on Devon Shrum.

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  13th  day of February, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2