UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS FLORER,

               Plaintiff,

  v.

DEVON SCHRUM, BRANDY JONES, CARLA SCHETTLER, ALAN WALTER, RICH MOSS, STEVE SUNDBERG, RON KNIGHT, CHRIS BOWMAN, STEVE SICLAIRE, STEVE BARKER, ALAN KUNZ, JOHN CAMPBELL, WILL PAUL, S. SUKERT, KURT GRUBB, CANDICE GERMOAU, JULIE SMITH, SANDY DIIMMEL, AL MOSLEY, MILES LAWSON, RON FRAKER, JOHN OYEN, DREW WALTMAN, GARY PIERCE, MARK KUCZA, DON HOLLBROOK, GERMAINE BENSON, LINDA BELANGER, ELDON VAIL, LAURA WYCKOFF-MEYER, GUSTAVE MEZA, ALAN ROOKSTOOL, EDUARDO MICHEL, (FNU) DANIEL, LORI SCAMAHORN, and JOHN DOES 1-2,

               Defendants.

No. C11-5135 BHS/KLS

ORDER DENYING SECOND MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff's Motion for Extension of Time. ECF No. 69. Fourteen days prior to filing this motion, Plaintiff filed an almost identical motion seeking an extension of the discovery deadline. ECF No. 67. The Court granted that motion. ECF No. 74.

ORDER- 1

Accordingly, Plaintiff's second motion (ECF No. 69) is **DENIED.**

**DATED** this  6th  day of March, 2012.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER- 2