UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>                    Plaintiff,<br><br>      v.<br><br>DEVON SCHRUM, BRANDY JONES, CARLA SCHETTLER, ALAN WALTER, RICH MOSS, STEVE SUNDBERG, RON KNIGHT, CHRIS BOWMAN, STEVE SICLAIRE, STEVE BARKER, ALAN KUNZ, JOHN CAMPBELL, WILL PAUL, S. SUKERT, KURT GRUBB, CANDICE GERMOAU, JULIE SMITH, SANDY DIIMMEL, AL MOSLEY, MILES LAWSON, RON FRAKER, JOHN OYEN, DREW WALTMAN, GARY PIERCE, MARK KUCZA, DON HOLLBROOK, GERMAINE BENSON, LINDA BELANGER, ELDON VAIL, LAURA WYCKOFF-MEYER, GUSTAVE MEZA, ALAN ROOKSTOOL, EDUARDO MICHEL, (FNU) DANIEL, LORI SCAMAHORN, and JOHN DOES 1-2,<br><br>                    Defendants. | No. C11-5135 BHS/KLS<br><br>ORDER GRANTING LEAVE TO AMEND COMPLAINT |

Before the Court is Plaintiff's Motion for Leave to Amend Complaint. ECF No. 81. The Court previously granted Plaintiff's motion for leave to amend (ECF No. 44), but in its Order erroneously referred to Devon Schrum as the new defendant instead of Eric Jackson. Plaintiff has now provided the Court with his proposed Second Amended Complaint for filing. ECF No. 81-1.

Accordingly, it is **ORDERED:**

ORDER- 1

(1) Plaintiff's motion to file a Second Amended Complaint to add Eric Jackson as a Defendant (ECF No. 81) is **GRANTED.** The Clerk shall docket the proposed Second Amended Complaint found at 81-1 as Plaintiff's Second Amended Complaint.

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  29th  day of March, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2