UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS FLORER,<br><br>                     Plaintiff,<br>   v.<br><br>DEVON SCHRUM, CARLA SCHETTLER, ALAN WALTER, RICH MOSS, STEVE SUNDBERG, RON KNIGHT, CHRIS BOWMAN, STEVE SICLAIRE, STEVE BARKER, ALAN KUNZ, JOHN CAMPBELL, WILL PAUL, S. SUKERT, KURT GRUBB, CANDICE GERMOAU, JULIE SMITH, SANDY DIIMMEL, AL MOSLEY, MILES LAWSON, RON FRAKER, JOHN OYEN, DREW WALTMAN, GARY PIERCE, MARK KUCZA, DON HOLLBROOK, GERMAINE BENSON, LINDA BELANGER, ELDON VAIL, LAURA WYCKOFF-MEYER, GUSTAVE MEZA, ALAN ROOKSTOOL, EDUARDO MICHEL, (FNU) DANIEL, ERIC JACKSON, and BERNIE WARNER,<br><br>                     Defendants. | No. C11-5135 BHS/KLS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE VIDEO UNDER SEAL** |

Before the Court is Defendants' Motion to File Video Under Seal. ECF No. 101. Plaintiff has filed no response to the motion. Defendants were previously granted a Protective Order relating to this video. Pursuant to the Protective Order, Plaintiff was permitted to view, but not possess, the video because Defendants had "asserted bona fide security justifications for limiting Plaintiff's access to the surveillance video." ECF No. 99. Defendants now wish to introduce this same video as evidence in support of Motion for Summary Judgment. ECF NO. 102.

ORDER - 1

1  Accordingly, it is **ORDERED** that Defendants' motion seeking authorization to file
2  prison surveillance video under seal.  ECF No. 101.  The Clerk of Court is directed to accept the
3  video **under seal.**  The Clerk shall send a copy of this Order to Plaintiff and counsel for
4  Defendant.

6  **DATED** this  30th  day of November, 2012.

                                    Karen L. Strombom
                                    United States Magistrate Judge

ORDER - 2